\*-APPLICATION-\*

## Title

Title of Work: CUTIES 2

## Completion/Publication

Year of Completion: 2011

Date of 1st Publication: March 19, 2011    Nation of 1st Publication: United States

## Author

Author: PATRICK COLLINS, INC.

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States    Domiciled in: United States

## Copyright claimant

Copyright Claimant: PATRICK COLLINS, INC.

8015 DEERING AVE., CANOGA PARK, CA, 91304, United States

## Certification

Name: PATRICK COLLINS

Date: May 26, 2011

Page 1 of 1

EXHIBIT A

Registration #:
Service Request #: 1-603492749
Priority: Routine          Application Date: May 26, 2011 08:00:34 PM

## Correspondent

Name: KAREN QUINNELL
Email: karen@elegantangel.com          Telephone: 818-704-2673
Address: 8015 DEERING AVE.
CANOGA PARK, CA 91304 United States          Fax: 818-704-2688

## Mail Certificate

PATRICK COLLINS, INC.
8015 DEERING AVE.
CANOGA PARK, CA 91304 United States