# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-02702-WYD-MEH

PATRICK COLLINS, INC.,

    Plaintiff,

v.

KRISTIN HANSEN,

    Defendant.

---

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE

---

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Defendant, Kristin Hansen ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntary dismisses Defendant, Kristin Hansen from this action with prejudice.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant, Kristin Hansen has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

    Respectfully submitted,

    By: /s/*Jason Kotzker*
    Jason Kotzker
    jason@klgip.com
    KOTZKER LAW GROUP
    10268 Royal Eagle Street
    Highlands Ranch, CO 80129
    Phone: 303-875-5386
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Jason Kotzker*
Jason Kotzker